UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

Scott

USCA NO. _____

SDNY NO. 07cv5841

-v-

JUDGE: DAB

NYS Downstate Correctional Facility

DATE: July 24, 2007

*JUL 24 2007*

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
         FIRM _____APPEALS SECTION_____
      ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
              500 PEARL STREET, NEW YORK, NEW YORK 10007
    PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------------

DOCUMENTS                                                                          DOC#

---
Clerk's Certificate
---
See Attached List of Numbered Documents
---

(X) Original Record                              (___) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24th Day of July, 2007.

United States District Court for
the Southern District of New York

Date: July 24, 2007

U.S.C.A. # _____

---------------------------------------------------

Scott

-v-

U.S.D.C. # 07cv5841

D.C. JUDGE DAB

NYS Downstate Correctional Fac.

---------------------------------------------------

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                    **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of July In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05841-DAB
### Internal Use Only

Scott v. The State of New York Downstate Correctional Facility  
Assigned to: Judge Deborah A. Batts  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/20/2007  
Date Terminated: 06/20/2007  
Jury Demand: Plaintiff  
Nature of Suit: 555 Prisoner: Prison Condition  
Jurisdiction: Federal Question

**Plaintiff**

Remorley Scott    represented by    Remorley Scott  
03A5364  
Auburn Correctional Facility  
P.O. Box 618  
Auburn, NY 13024  
PRO SE

V.

**Defendant**

The State of New York Downstate Correctional Facility  
(DOCS)

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Remorley Scott.(jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 2 | COMPLAINT against The State of New York Downstate Correctional Facility. Document filed by Remorley Scott.(jeh) (Entered: 06/28/2007) |
| 06/20/2007 |  | Magistrate Judge Debra C. Freeman is so designated. (jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 3 | ORDER OF DISMISSAL; I grant plaintiff's request to proceed in forma pauperis, but accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed because it fails to state a claim on which may be granted. 28 U.S.C. 1915(e)(2)(B)(ii). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 06/20/2007) (jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. without prejudice to the case presently pending under docket number 07cv2077. 28 U.S.C. 1915(e)(2)(B) (ii). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Deborah A. Batts on 06/20/2007) (jeh) (Entered: 06/28/2007) |
| 07/05/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Remorley Scott. (tp) (Entered: 07/19/2007) |
| 07/05/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Remorley Scott. $455.00 APPEAL FEE DUE. IFP REVOKED 6/20/07. (tp) (Entered: 07/19/2007) |
| 07/19/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/19/2007) |
| 07/19/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/19/2007) |