

# MANDATE

Case 1:07-cv-05841-DAB  Document 7  Filed 05/02/2008  Page 1 of 2

S.D.N.Y.-New York
07-cv-5841
Batts, J.

# United States Court of Appeals
#### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4ᵗʰ day of April , two thousand eight,

Present:

    Hon. Pierre N. Leval,
    Hon. Guido Calabresi,
    Hon. Richard C. Wesley,
               *Circuit Judges.*



Kemorley Scott,

      *Plaintiff-Appellant,*

      v.                                   07-3172-pr

The State of New York Downstate Facility,

      *Defendant-Appellee.*

Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

        By: *Frank Peri*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *E. Davis*
DEPUTY CLERK

ISSUED AS MANDATE: APR 28 2008

S.D.N.Y.-New York
07-cv-5841
Batts, J.

# United States Court of Appeals
#### FOR THE
#### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4ᵗʰ day of April , two thousand eight,

Present:

> Hon. Pierre N. Leval,
> Hon. Guido Calabresi,
> Hon. Richard C. Wesley,
> > *Circuit Judges.*



---

Kemorley Scott,

> *Plaintiff-Appellant,*

> v.                                                  07-3172-pr

The State of New York Downstate Facility,

> *Defendant-Appellee.*

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED.
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER

RECEIVED BY: _____ DATE: _____
RETURN TO CIVIL TEAM

SAO-LB

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____